Robert C. Weiss (State Bar No. 39929)
rcweiss@jonesday.com
Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Arash Samadani (State Bar No. 207988)
as@samadanilaw.com
SAMADANI LAW, APC
2070 N. Tustin Avenue
Santa Ana, CA 92705-7828
Telephone: (714) 285-1144
Facsimile: (714) 285-1146

Attorneys for Defendant
AMERICAN INDUSTRIAL TOOL

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INDUSTRIAL TOOL, a California company, and DOES 1-10,<br><br>Defendants. | Case No. CV 08-02716 ODW (CTx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

1    WHEREAS, plaintiff Mag Instrument, Inc. ("Mag Instrument") and
2  defendant American Industrial Tool ("AIT") have agreed in a separate agreement to
3  settlement of the matters in issue between them and to the entry of this Consent
4  Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND
5  DECREED THAT:
6    1.   This is an action for: (1) federal trademark infringement, federal false
7  designation of origin, federal false advertising, and federal trademark dilution under
8  the Lanham Act, as amended, 15 U.S.C. § 1051, *et seq.*; (2) trademark infringement
9  under California Civil Code § 3294; (3) statutory unfair competition under
10 California Business and Professions Code § 17200, *et seq.*; (4) trademark dilution
11 under California Business and Professions Code § 14247; (5) statutory false
12 advertising under California Business and Professions Code § 17500, *et seq.*; and
13 (6) common law trademark infringement and unfair competition.
14   2.   This Court has jurisdiction over all of the parties in this action and
15 over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a) and (b), and
16 1367(a), as well as 15 U.S.C. § 1121(a).  This Court has continuing jurisdiction to
17 enforce the terms and provisions of this Consent Judgment and Permanent
18 Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and
19 (c).
20   3.   Mag Instrument is a California corporation, having its principal place
21 of business at 2001 South Hellman Avenue, Ontario, California 91761.
22   4.   AIT has its principal place of business at 8133 San Fernando Road,
23 Sun Valley, California 91352.
24   5.   AIT has used MAG-LITE® and MAG® in connection with the
25 marketing, distribution, advertising, promotion, offering for sale, and/or sales
26 commercially in interstate commerce of certain droplites.  These droplites were
27 neither sponsored nor authorized by Mag Instrument.
28

6. Mag Instrument contends, and AIT is informed and believes, that for many years, and prior to the acts of AIT discussed herein, Mag Instrument has continuously manufactured, assembled, marketed, distributed, advertised and sold in interstate commerce, high-quality machined, anodized aluminum, high intensity adjustable beam flashlights, including, but not limited to, a line of under the distinctive trademark MAG-LITE®, and that the flashlights are characterized by their outstanding design features, materials of construction, workmanship, performance, water and shock resistance, and durability.

7. Mag Instrument has developed a family of word marks incorporating the letters "MAG" in connection with the sale of its flashlights and related products. AIT is informed and believes that, since at least as early as February 22, 1979, Mag Instrument adopted and began using "MAG INSTRUMENT" as its name and trademark in connection with the manufacture, advertising, and sale of flashlights and related products. Mag Instrument is the owner of United States Trademark Registration No. 1,715,086 ("the '086 trademark") for "MAG INSTRUMENT," which AIT is informed and believes is valid, enforceable, and incontestable pursuant to 15 U.S.C. § 1115. A copy of the '086 trademark is attached hereto as **Exhibit 1**.

8. Mag Instrument has also been using the trademark "MAG-LITE" since at least as early as February 22, 1979, in connection with its manufacture, advertising, and sale of flashlights and related accessories/products. Mag Instrument is the owner of United States Trademark Registration No. 1,154,816 ("the '816 trademark") for "MAG-LITE," which AIT is informed and believes is valid, enforceable, and incontestable pursuant to 15 U.S.C. § 1115. A copy of the '816 trademark is attached hereto as **Exhibit 2**.

9. Since at least as early as January 9, 1992, Mag Instrument has also been using the trademark "MAG" in connection with its manufacture, advertising, and sale of flashlights and related accessories/products. Mag Instrument is the

1  owner of United States Trademark Registration No. 1,975,632 ("the '632
2  trademark") for "MAG," which AIT is informed and believes is valid, enforceable,
3  and incontestable pursuant to 15 U.S.C. § 1115.  A copy of the '632 trademark is
4  attached hereto as **Exhibit 3**.  (The foregoing trademarks are hereinafter referred to
5  as "Mag Instrument's Trademarks.")

6       10.   AIT's use of Mag Instrument's Trademarks in association with the
7  AIT droplite is likely to cause confusion and, upon information and belief, has
8  caused confusion that the AIT droplite is commissioned by, sponsored by, or
9  affiliated with Mag Instrument.

10      11.   AIT's use of Mag Instrument's Trademarks constitutes trademark
11 infringement of Mag Instrument's federally registered marks in violation of the
12 Lanham Act, 15 U.S.C. §1051, *et seq*., to the substantial and irreparable injury of
13 the public and of Mag Instrument's business reputation and goodwill, as such acts
14 are likely to confuse and deceive customers and prospective customers into
15 believing that the droplites sold by AIT are from or sponsored by Mag Instrument.

16      12.   Mag Instrument contends, and AIT is informed and believes, that Mag
17 Instrument's Trademarks are distinctive and famous.  AIT's use of such marks was
18 subsequent to Mag Instrument's Trademarks becoming famous.  Mag Instrument
19 contends, and AIT is informed and believes, that in addition to its federal trademark
20 registrations, Mag Instrument also owns, among others, a state trademark
21 registration, for "MAG-LITE," California State Registration No. 60569, which AIT
22 is informed and believes is valid and enforceable.  A true and correct copy of this
23 registration is attached hereto as **Exhibit 4**.  Hereinafter, "Mag Instrument's
24 Trademarks" refers to Mag Instrument's California and federal registrations.

25      13.   AIT and its officers, directors, agents, servants, employees, attorneys,
26 and all persons and/or entities acting for, with, by or through, and/or in active
27 concert and participation with them are hereby permanently enjoined from
28 engaging in any of the following activities:

1          (a)     Using trademarks belonging to Mag Instrument, including Mag Instrument's Trademarks and/or any other designation that is a colorable imitation of and/or is confusingly similar to Mag Instrument's Trademarks, in connection with the manufacture, advertising, distribution, marketing, promotion, importation, offering for sale, and/or sale of lighting products neither originating from nor authorized by Mag Instrument;

          (b)     Representing in any manner or by any method whatsoever, that that AIT is in any way affiliated with Mag Instrument, or that the goods, services or other products provided by AIT are commissioned, sponsored, approved, authorized by or originate from Mag Instrument or otherwise taking any action likely to cause confusion, mistake or deception as to the origin, approval, sponsorship or certification of such goods or services, except that AIT may represent that a specific good originates from Mag Instrument if (i) the specific good does, in fact, originate from Mag Instrument, (ii) the specific good has not been modified in any way, and (iii) all applicable Mag Instrument warranties for that specific good are still in effect; and

          (c)     Infringing, diluting and/or tarnishing the distinctive quality of Mag Instrument's Trademarks or any of them.

     14.   The parties shall bear their own attorneys' fees and costs.

15. Service by mail upon AIT, addressed to Arash Samadani, SAMADANI LAW, APC, 2070 N. Tustin Avenue, Santa Ana, California 92705-7827, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall not be necessary for AIT to sign an acknowledgement of service.

**IT IS SO ORDERED:**

Dated: January 7, 2009

By: _____
Otis D. Wright II
United States District Court Judge

1  Approved as to form and content:

2  Dated:        December __, 2008          JONES DAY

4                                           By: _____
5                                                Robert C. Weiss

6                                           Attorneys for Plaintiff
                                            MAG INSTRUMENT, INC.

7  Dated:        December __, 2008          SAMADANI LAW, APC
8

10                                          By: _____
                                                 Arash Samadani

11                                          Attorneys for Defendant
12                                          AMERICAN INDUSTRIAL TOOL